UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                    Plaintiff,

-against-

BRONX WORK CLAINS; INFORMANTS OR MENSAGE,

                    Defendants.

1:20-CV-0147 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 17, 2020, dismissing this action is frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 17, 2020
         New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge